IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD W. MORROW                                                              PLAINTIFF

V.                                          CIVIL ACTION NO.: 1:16CV194-GHD-RP

ALCORN COUNTY SHERIFF DEPT., ET AL.                            DEFENDANTS

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered today, Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous, *see* 28 U.S.C. § 1915(e)(2)(B)(i), counting as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED** this the 4th day of January, 2017.

/s/ 
SENIOR U.S. DISTRICT JUDGE